# MONTHLY OPERATING REPORT

Debtor's Name  Gabe Shaffer

Case No. 25-10334-JCM

Month  May June        Year  2025

### Gross receipts for month:

(If more than one source, list each)

28,253

TOTAL GROSS RECEIPTS: $

### Business expenses paid:

| Description | Amount |
|---|---|
| Insurance | $980.00 |
| Fuel | $2,900.00 |
| Labor | $3,000.00 |
| Food / Drink | $2,900.00 |
| Lodging | $0.00 |
| Repairs | $3,000.00 |
| Equipment Rental | $2,899.00 |
| Equipment Payment | $2,400.00 |

TOTAL EXPENSES: $18,079.00

NET PROFIT OR (LOSS) FOR MONTH: $10,674.00

### USE ADDITIONAL SHEETS IF NEEDED

GS

## MONTHLY OPERATING REPORT

Debtor's Name: Gabe Shaffer

Case No. 25-10334-JCM

Month: May                    Year: 2025

Gross receipts for month:

(If more than one source, list each)

12,310

TOTAL GROSS RECEIPTS: $

Business expenses paid:

| Description | Amount |
|---|---|
| Insurance | $980.00 |
| Fuel | $2,500.00 |
| Labor | $1,675.00 |
| Food/drink | $1,200.00 |
| Lodging | $700.00 |
| Repairs | $0.00 |
| Equipment Rental | $2,899.00 |
| Equipment Payment | $2,400.00 |

TOTAL EXPENSES: $12,354

NET PROFIT OR (LOSS) FOR MONTH: - $44.00

USE ADDITIONAL SHEETS IF NEEDED

GS