**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   GABRIEL D SHAFFER | Case No.:25-10334

      Debtor(s)

Ronda J. Winnecour | Document No.:
      Movant
   vs.
No Respondents.

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1.  The case was filed on 06/18/2025  and confirmed on 10/02/2025 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 11,100.00 |
| Less Refunds to Debtor | 4.99 | |
| TOTAL AMOUNT OF PLAN FUND | | 11,095.01 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,246.45 | |
|   Trustee Fee | 666.00 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,912.45 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 3,980.97 | 0.00 | 3,980.97 |
|   Acct: 5944 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 12,670.62 | 0.00 | 0.00 | 0.00 |
|   Acct: 5944 | | | | |
| CREDIT ACCEPTANCE CORP* | 17,333.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5559 | | | | |
| CREDIT ACCEPTANCE CORP* | 2,254.17 | 2,254.17 | 910.35 | 3,164.52 |
|   Acct: 5559 | | | | |
| SANTANDER CONSUMER USA | 21,900.00 | 1,139.11 | 456.25 | 1,595.36 |
|   Acct: 0650 | | | | |
| US DEPARTMENT OF HUD(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2084 | | | | |
| | | | | 8,740.85 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| GABRIEL D SHAFFER | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 25-10334 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 2 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| GABRIEL D SHAFFER | 4.99 | 4.99 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICES OF KENNETH P SEITZ | 4,250.00 | 1,246.45 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON COUNTY DRS** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4631 | | | | |
| PA SCDU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STAY AT HOME STORAGE LLC | 11,362.52 | 204.99 | 236.72 | 441.71 |
| Acct: 2653 | | | | |
| | | | | 441.71 |
| **Unsecured** | | | | |
| LVNV FUNDING LLC | 258.32 | 0.00 | 0.00 | 0.00 |
| Acct: 3868 | | | | |
| NED | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8638 | | | | |
| PENELEC/FIRST ENERGY** | 11,292.03 | 0.00 | 0.00 | 0.00 |
| Acct: 8077 | | | | |
| VERIZON WIRELESS | 103.48 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| SANTANDER CONSUMER USA | 11,223.07 | 0.00 | 0.00 | 0.00 |
| Acct: 0650 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EISENBERG GOLD & AGRAWAL PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

*** N O N E ***

TOTAL PAID TO CREDITORS                                                                9,182.56

TOTAL CLAIMED
PRIORITY                     11,362.52
SECURED                      54,157.79
UNSECURED                    22.876.90

Date: 05/14/2026                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com